IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CHAPTER 13 |
|---|---|
| CHRISTINE TRAPANI; FKA CHRISTINE ROBERTSON, | CASE NO. 5:25-bk-01095 |
| Debtor | Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses |

**Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3**

| Title of Paper Served: | **NOTICE OF APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| The entities on the attached service list | | United States Mail – First Class Postage Prepaid |

I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: March 5, 2026                s/Amber Werner
                                    Amber Werner, Legal Assistant
                                    Sabatini Law Firm, LLC
                                    216 N. Blakely St.
                                    Dunmore, PA 18512
                                    Phone (570) 341-9000
                                    Facsimile (570) 504-2769

| |
|---|
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Cosimo and Barbara Trapani<br>1944 Electric St<br>Dunmore, PA 18512-1967 |
| Crown Asset Management, LLC<br>c/o Pressler Felt & Warshaw, LLP<br>7 Entin Rd<br>Parsippany, NJ 07054-5020 |
| Firstsource Advantage, LLC<br>205 Bryant Woods South<br>Amherst, NY 14228-3609 |
| HALSTED FINANCIAL SERVICES LLC<br>PO BOX 828<br>SKOKIE IL 60076-0828 |
| Indigo/Celtic Bank<br>PO Box 4499<br>Beaverton, OR 97076-4499 |
| January Technologies, Inc.<br>176 Grand Street, 4th Floor<br>New York, NY 10013-3786 |
| Klarna<br>800 N High St., Suite 400<br>Columbus, OH 43215-1430 |
| LVNV Funding LLC<br>55 Beattie Pl<br>Greenville, SC 29601-2165 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Affirm<br>650 California St., Floor 12<br>San Francisco, CA 94108-2716 |
| MRS BPO LLC<br>1930 Olney Ave<br>Cherry Hill, NJ 08003-2016 |

| |
|---|
| Mercury Card Services<br>PO Box 84064<br>Columbus, GA 31908-4064 |
| Merrick Bank<br>PO Box 9201<br>10705 S Jordan Gtwy, Ste 20<br>Old Bethpage, NY 11804-9001 |
| Midland Credit Management<br>350 Camino de la Reina Ste 100<br>San Diego, CA 92108-3007 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| MONARCH RECOVERY MANAGEMENT INC<br>ATTN COMPLIANCE<br>3260 TILLMAN DRIVE., SUITE 75<br>BENSALEM PA 19020-2059 |
| Nelnet/Dept of Ed<br>PO Box 2837<br>Portland, OR 97208-2837 |
| One Main<br>601 NW 2ND ST<br>Evansville, IN 47708-1013 |
| OneMain Financial<br>PO Box 3251<br>Evansville, IN 47731-3251 |
| Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Avant LLC/Webbank<br>222 W Merchandise Mart Plz 900<br>Chicago, IL 60654-1105 |
| Radius Global Solutions<br>PO Box 390846<br>Minneapolis, MN 55439-0846 |
| Resurgent Capital Services<br>55 Beattie Pl Ste 110<br>Greenville, SC 29601-5115 |
| SYNCB/Paypal<br>PO Box 71727<br>Philadelphia, PA 19176-1727 |
| SYNCB/Venmo |

| |
|---|
| PO Box 71737<br>Philadelphia, PA 19176-1737 |
| Synchrony Bank<br>by AIS InfoSource LP as agent<br>PO Box 4457<br>Houston, TX  77210-4457 |
| Trustage/CMFG Life Insurance Company<br>PO Box 61<br>Waverly, IA 50677-0061 |
| U.S. Department of Education c/o Nelnet<br>121 S 13th St<br>Lincoln, NE 68508-1904 |
| US Attorney for the PA Middle District<br>William J. Nealon Federal Building<br>235 N Washington Ave Ste 311<br>Scranton, PA 18503-1533 |
| US Department of Education<br>400 Maryland Ave SW<br>Washington, DC 20202-0001 |
| Wells Fargo Bank<br>PO Box 6995<br>Portland, OR 97228-6995 |
| Capital One/Kohls<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Wells Fargo Bank, N.A.<br>PO Box 5131<br>Sioux Falls, SD 57117-5131 |
| Xfinity Mobile<br>PO Box 21129<br>Eagan, MN 55121-0129 |
| Synchrony Bank<br>4515 N. Santa Fe Ave.<br>Oklahoma City, OK 73118 |
| Capstone Credit Services<br>1900 Land O Lakes Blvd Ste 5<br>Lutz, FL 33549-2943 |
| Christopher B. Carfagno Esq.<br>c/o Pressler, Felt & Warshaw LLP<br>7 Entin Rd<br>Parsippany, NJ 07054-5020 |
| CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM |

| |
|---|
| ONE CITIZENS BANK WAY JCA115<br>JOHNSTON RI 02919-1922 |
| Citizens Pay Loc<br>PO Box 4670<br>Carol Stream, IL 60197-4670 |
| Concora Credit<br>PO Box 4477<br>Beaverton, OR 97076-4401 |